Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED

NOV 28 2022

Clerk, U.S. District Court
By: _____ , Deputy Clerk

)
)
)
)
Alexander  Harris_____ )
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
Denis McDonough, Secretary, Veteran Affairs )
Name )
)
810 Vermont Ave., NW_____ )
Street and number )
)
Washingotn, DC, 20420_____ )
City        State        Zip Code )

Case Number: 22-2489-HLT-TJJ
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):

[✔]    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*,
for employment discrimination on the basis of race, color, religion, gender, or
national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first
obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

[ ]    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et
seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination
in Employment Act, you must first file charges with the Equal Employment
Opportunity Commission.*

[✔]    American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,
for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal
Employment Opportunity Commission.*

[✔]    Other (Describe)

5 U.S.C § 2302: Prohibited Personnel Practices

Phsical Injuries (See Attached).

2.    If you are claiming that the discriminatory conduct occurred at a different location than the
address provided for Defendant, please provide the following information:

2200 SW Gage Blvd,  Topeka, Shawnee, KS. 66622

(Street Address) (City/County) (State) (Zip Code)

3.    When did the discrimination occur?   Please give the date or time period:

01/2019 - 07/22/2022

## ADMINISTRATIVE PROCEDURES

4.    Did you file a charge of discrimination against Defendant(s) with the Kansas State
Division of Human Rights or the Kansas State Commission on Human Rights?

[ ] Yes    Date filed: _____

[✔] No

5.    Did you file a charge of discrimination against Defendant(s) with the Equal Employment
Opportunity Commission or other federal agency?

[✔] Yes    Date filed: _____ 06/28/2019 _____

[ ] No

6.    Have you received a Notice of Right-to-Sue Letter?
[✔] Yes [ ] No
If yes, please attach a copy of the letter to this complaint.

7.    If you are claiming *age discrimination*, check one of the following:

[ ] 60 days or more have passed since I filed my charge of age discrimination with the
Equal Employment Opportunity Commission.
[ ] fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8.   The conduct complained of in this lawsuit involves (check only those that apply):

☐ failure to hire me
☑ termination of my employment
☑ failure to promote me
☑ failure to accommodate my disability
☐ terms and conditions of my employment differ from those of similar employees
☑ retaliation
☑ harassment
☑ reduction in wages
☑ other conduct (specify):

5 U.S.C § 2302: Prohibited Personnel Practices (Disparate Treatment)

_____

_____

Did you complain about this same conduct in your charge of discrimination?

☑ Yes      ☐ No

9.   I believe that I was discriminated against because of (check all that apply):

☑ my race or color, which is Black_____
☐ my religion, which is _____
☐ my national origin, which is _____
☐ my gender, which is ☐ male; ☐ female
☑ my disability or perceived disability, which is PTSD, MDD Recurrent_____
☐ my age (my birth year is: _____)
☑ other: Phsical Injuries (See Attached)._____

Did you state the same reason(s) in your charge of discrimination?
☑ Yes      ☐ No

10.   State here, as briefly and clearly as possible, the essential facts of your claim.   Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct.   Take time to organize your statement; you may use numbered paragraphs if you find it helpful.   It is not necessary to make legal arguments, or to cite cases or statutes.

_____

3

The PLAINTIFF-APPELLANT (Alexander Harris) brings this Civil Complaint to the

District Court of Kansas, as an Appeal to the EEOC, Administrative Judge decisioı

pursuant to Title VII, the Right-To-Sue Lettter from the EEOC (see EXHIBIT, A,).

The PLAINTIFF-APPELLANT was ¡Unlawfully and Maliciously, ¡– Discriminated aç

against, Retaliated against, Harassed, and was subjected to Disparate Treatment

when he was removed from his position as a Police Manager (Police Major)

for lawfully ¡Whistleblowing, ¡– reporting misconduct, Sexual Harassment,

and other unlawful acts against VA Management (see Full Attached Complaint).

(Attach additional sheets as necessary).

11.   The acts set forth in paragraph 10 of this complaint:
      [✓] are still being committed by Defendant.
      [ ] are no longer being committed by Defendant.
      [ ] may still be being committed by Defendant.

12.                          Plaintiff:
      [✓] still works for Defendant
      [ ] no longer works for Defendant or was not hired

13.   If this is a ***disability-related claim***, did Defendant deny a request for a reasonable
      accommodation?
      [✓] Yes        [ ] No

      Explain: Denied Reasonable Accomdations by AGENCY HR (Taryn Silva).

      See Attached Complaint.

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant
the following relief to Plaintiff: (check any and all that apply)
      [ ] Defendant be directed to employ Plaintiff
      [ ] Defendant be directed to re-employ Plaintiff
      [ ] Defendant be directed to promote Plaintiff
      [✓] Defendant be directed to See Attached "Prayer for Relief."

☐ Injunctive relief (please explain): _____

☑ Monetary damages (please explain): **Damages: $2000000** _____

☑ Costs and fees involved in litigating this case

☐ As additional relief to make Plaintiff whole, Plaintiff

seeks: **See Attached Compliant "Prayer for Relief."** _____

_____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this _28_ day of _NOVEMBER_ , 20_22_.

_____

Signature of Plaintiff

**Alexander Harris** _____

Name (Print or Type)

**3848 NW Cherry Creek Dr.** _____

Address

**Topeka, KS. 66618** _____

City State Zip Code

**(830) 660-8657** _____

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, ☐ Topeka}, Kansas as the location for the trial in

(Select One Location)

this matter.

_____

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☑ Yes   ☐ No

(Select One)

_____

Signature of Plaintiff

Dated: _11/28/22_

(Rev. 10/15)

5